
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as
servicer for DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE, IN TRUST
FOR THE REGISTERED HOLDERS OF MORGAN
STANLEY ABS CAPITAL I INC. TRUST
2007-HE5, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007- HE5
R.A. LEBRON, ESQ.
684SJA
bankruptcy@feinsuch.com

| | |
|---|---|
| In Re:<br><br>RAFAEL D. MARTINEZ aka RAFAEL DELGADO<br><br> Debtor(s). | Case No.: 18-27867 CMG<br><br>Chapter:   7<br><br>Judge:  Honorable Christine M. Gravelle |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE5</u>. This party is a party in interest in this case pursuant to a mortgage dated October 4, 2006 and recorded in the Office of the CAMDEN County Clerk/Register on October 26, 2006 in Mortgage Book

8368, Page 1931, and is a secured creditor in the foreclosure

action. Request is made that the documents filed in this case and

identified below be served on the undersigned at this address:

ADDRESS:     FEIN, SUCH, KAHN & SHEPARD, P.C.
             Counsellors at Law
             7 Century Drive - Suite 201
             Parsippany, New Jersey 07054

DOCUMENTS:

⊠ All notices entered pursuant to Fed. R. Bankr. P. 2002.

⊠ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Secured Creditor


R.A. LEBRON, ESQ.

Dated: September 11, 2018

Case No.: 18-27867 CMG          2