UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

RAFAEL D. MARTINEZ
1109 MARNE HIGHWAY
HAINESPORT, NEW JERSEY 08036
CELL: 556-8188
DEBTOR, PRO SE

In Re:
*[Enter the debtor's name(s)]*
RAFAEL D. MARTINEZ

Case No.: __18-27867__
*[Enter the case number]*

Chapter: __7__
*[Enter the chapter; example: 13]*

Judge: __CHRISTINE M. GRAVELLE__
*[Enter the Judge's last name]*

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, *[Enter the debtor's name]* _____RAFAEL D. MARTINEZ_____, am the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of my schedules. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on: *[Enter the date you filed your petition]* __SEPTEMBER 6, 2018__.

2. When I filed my petition, I did not file all the documents required to be filed under chapter *[Enter the chapter under which you filed your bankruptcy case, i.e., chapter 7]* __7__ of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed*. According to the *Notice*, I must file the balance of my schedules by *[Enter the date by which the balance of your schedules must be filed]* __SEPTEMBER 20, 2018__.

4. I ☐ have, ☒ have not previously sought to extend the time within which the balance of my schedules must be filed.

5. I am unable to file the balance of my schedules by the above date because: *[Enter the reason you are unable to file the balance of your schedules at this time]* I am waiting for Uber and Lift income information. I am also waiting for unemployment documents, as I was laid off approx. two months ago. My family and I are taking care of our older brother, who requires dialysis three times per week, so this matter is demanding. Further, I am pro se and the forms are not user friendly. I request an additional 14 days extention.

I certify under penalty of perjury that the foregoing statements are true.

Date: 9/18/2018

_____
Signature of Debtor

Date: _____

_____
Signature of Joint Debtor (if any)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

RAFAEL D. MARTINEZ
1109 MARNE HIGHWAY
HAINESPORT, NEW JERSEY  08036
CELL:  556-8188
DEBTOR, PRO SE

In Re:
*[Enter the debtor's name(s)]*

RAFAEL D. MARTINEZ

Case No.: 18-27867-CMG
*[Enter the case number]*

Chapter: 7
*[Enter the chapter of the case]*

Judge: CHRISTINE M. GRAVELLE
*[Enter the Judge's last name]*

*U.S. BANKRUPTCY COURT FILED TRENTON, NJ  2018 SEP 19 A 9:34  BY: JEANNE A. NAUGHTON DEPUTY CLERK*

## CERTIFICATION OF SERVICE

1. I, *[Enter your name]* __RAFAEL D. MARTINEZ__ am the *[Enter your relationship to the case. For example, debtor, debtor's attorney]* __DEBTOR__ in this case.

2. On *[Enter the date you served the documents]* __9/18/2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
*[Pace a check next to each document you served]*

    ☒ Application to Extend Time to File Missing Documents

    ☒ Proposed Order Extending Time to File Missing Documents

    ☐ Other _____
    *[Specify the additional document(s) served]*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: __9/18/2018__
*[Enter the date you signed this document]*

Signature: _____
*[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>Barry W. Frost, Trustee<br>3131 Princeton Pike<br>Suite 110, Bldg 5<br>Lawrenceville, N.J. 08648<br>TEL NO. 609-890-1500 | *[Enter the party's relationship to the case]*<br><br>TRUSTEE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Nationstar/Mr. Cooper Mtg. Co.<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | *[Enter the party's relationship to the case]*<br><br>Mortgage to my home. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Carrington Mortgage<br>P.O. Box 5001<br>Westfield, In. 46074 | *[Enter the party's relationship to the case]*<br><br>Co.-debtor to brother's home | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Angel D. Delgado<br>2611 Marne Highway<br>Hainesport, N.J. 08036 | *[Enter the party's relationship to the case]*<br><br>co-debtor to brother's home. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Hainesport Township<br>1 Hainesport Century<br>Hainesport, N.J. 08036 | *[Enter the party's relationship to the case]*<br><br>Township Sewer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>Barry Sharer, Esq. c/o Trenk<br>347 Mt. Pleasant Ave, Suite 300<br>West Orange, N.J. 07052 | *[Enter the party's relationship to the case]*<br><br>Former brother-inlaw Bankruptcy Case Unknown why | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Trenk, Dipasquale, Della, Sordono<br>347 Mt. Pleasant Ave., Suite 300<br>West Orange, N.J. 07052 | *[Enter the party's relationship to the case]*<br><br>Former brother-in law Bankruptcy Case Unknown why | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Gateway One Lending<br>P.O. Box 650004<br>Dallas, Tx 75265 | *[Enter the party's relationship to the case]*<br><br>Jeep Renegade vehicle | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>State of New Jersey Division of Taxation<br>50 Barrack Street<br>Trenton, New Jersey 08608 | *[Enter the party's relationship to the case]*<br><br>Personal Taxes | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and phone number]*<br><br>RAFAEL D. MARTINEZ<br>1109 MARNE HIGHWAY<br>HAINESPORT, NEW JERSEY  08036<br>CELL:  556-8188<br>DEBTOR, PRO SE | | |
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>RAFAEL D. MARTINEZ | Case No.:<br><br>Chapter:<br><br>Judge: | 18-27867<br>*[Enter the case number]*<br><br>7<br>*[Enter the case number]*<br><br>CHRISTINE M. GRAVELLE<br>*[Enter the Judge's last name]* |

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☐ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than _____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

*new.8/22/16*

RAFAEL D. MARTINEZ

1109 MARNE HIGHWAY

HAINESPORT, NEW JERSEY   08036

CELL:   609-556-8188

DEBTOR - PRO SE

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 SEP 28  A 10: 41

JEANNE A. HAUGHTON

BY:_____
DEPUTY CLERK

September 18, 2018

HAND DELIVERY

Court Clerk/ Hon. Christine M. Gravelle

U.S. Bankruptcy Court

402 East State Street

Trenton, New Jersey   08608

Re:   Rafael D. Martinez; Case Number:   18-27867;

Chapter 7 Petition; Motion to Extend Time

Dear Court Clerk,

On or by September 19, 2018, in the am, I filed a Motion to Extend Time to file missing documents.  Enclosed is a copy of my STAMPED filed motion.  To date, I have not received an Order on this matter.

However, I understand that my Bankruptcy Petition was dismissed without considering my Motion.  My brother checked with the Court Clerk, and they state that my motion is not in the court's file.

I am sure this is an inadvertent mistake, and I do not want

1

to file a Motion for Reconsideration on the dismissal if I do not have to.  Therefore, kindly review my stamped filed copy of my motion and advise, so that I can proceed accordingly.

Thank you for your time and consideration.

Please provide a stamped filed copy of this letter.  Thank you.


Very truly yours,

Rafael D. Martinez


Encl.

RAFAEL D. MARTINEZ

1109 MARNE HIGHWAY

HAINESPORT, NEW JERSEY  08036

CELL:  609-556-8188

DEBTOR - PRO SE


September 18, 2018


HAND DELIVERY

Court Clerk/ Hon. Christine M. Gravelle

U.S. Bankruptcy Court

402 East State Street

Trenton, New Jersey  08608


Re:  Rafael D. Martinez; Case Number:  18-27867;

Chapter 7 Petition; Motion to Extend Time


Dear Court Clerk,


Enclosed for filing please find an original and copy of a Motion to Extend Time to File Missing Documents on my behalf, which includes the following documents:

1. The Motion with Certification;

2. Proof of Service;

3. Form of Order

1

Please provided a stamped filed copy.  Thank you.

Very truly yours,

*Rafael D. Martinez* (signature)

Rafael D. Martinez

cc: Parties Served