Form 149 – ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

---

Case No.:  18–27867–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rafael D. Martinez
  aka Rafael Delgado
  1109 Marne Highway
  Hainesport, NJ 08036

Social Security No.:
  xxx–xx–7162

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

NOTICE IS HEREBY GIVEN that Order Dismissing the above–captioned Case which was entered on 9/21/18 has been vacated effective 9/28/18.

Dated: September 28, 2018
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-27867-CMG
Rafael D. Martinez                                                                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                Page 1 of 1              Date Rcvd: Sep 28, 2018
                               Form ID: 149               Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db            +Rafael D. Martinez,    1109 Marne Highway,    Hainesport, NJ 08036-2669
517743479     +Barry Sharer, Esq.,    Trenk, DiPasquale, Della, Sordono,    347 Mt. Pleasant Ave., Ste. 300,
               West Orange, NJ 07052-2730
517743474     +Carrington Mortgage,    POB 5001,    Westfield, IN 46074-5001
517743478      Hainsort Twp.,    1 Hainesport Century,    Hainesport, NJ 08036
517743475     +Nationstar/Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517743477     +State of NJ Taxation,    50 Barrack St.,    Trenton, NJ 08608-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 23:03:17     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 23:03:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517743476     +E-mail/Text: jennifer.macedo@gatewayonelending.com Sep 28 2018 23:03:04     Gateway One Lending,
               POB 650004,    Dallas, TX 75265-0004
                                                                                            TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517743480      ##+Angel David Delgado,    2611 Marne Highway,    Hainesport, NJ 08036-2894
                                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
          Barry Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY
           ABS CAPITAL I INC. TRUST 2007-HE5, MORTGAGE PA bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5