UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rafael D. Martinez

Case No.: 18-27867-CMG

Chapter: 7

Judge: Christine M. Gravelle

## ORDER REGARDING MOTION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 28, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** having originally come before the Court on its own Order To Show Cause Why Case Should Not Be Dismissed For Failure To File Document(s), Doc. No. __7__, and the Court ordering that certain document(s) must be received by the Clerk on or before __9/20/18__, and movant having filed a *Motion to Extend Time to File Missing Documents* seeking an extension of time to file the missing documents, and for good cause shown, it is

**ORDERED that**:

☒ The movant's motion is GRANTED and the deadline to file all missing documents is extended to __10/3/18 AT 12:00 PM OR THE DEBTOR__ MUST APPEAR 10/3/18 AT 12 NOON.

**IT IS FURTHER ORDERED** that if all missing documents are not filed by the deadline set forth above the case will be immediately dismissed without further notice. If the case is dismissed, all outstanding fees to the Court are due and owing and must be paid within 7 days of the date of dismissal.

**IT IS FURTHER ORDERED** that absent extraordinary circumstances set forth in a motion that is filed and heard by the deadline set forth above, there will be NO FURTHER EXTENSIONS and the case will be immediately dismissed without further notice.

☐ The movant's motion to extend time to file missing documents is denied, and as a result, movant has 2 days from the date of this Order to file all missing documents or the case will be dismissed without further notice. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of dismissal.

United States Bankruptcy Court
District of New Jersey

In re:  
Rafael D. Martinez  
    Debtor

Case No. 18-27867-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 28, 2018  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.  
db          +Rafael D. Martinez,    1109 Marne Highway,    Hainesport, NJ 08036-2669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:  
         Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5, MORTGAGE PA bankruptcy@feinsuch.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 5