18-27867

1) STATE of NJ TAXATION
   50 BARRACK Street
   Trenton NJ 08608

2) Hainesport Municipal Township
   UNKNOWN Tax Loan Holder
   1 Hainesport Centrum
   Hainesport NJ 08036

3) Healthcare Financial Svcs LLC
   Emerg Phys Svcs of
   NJ PA  P.O. Box 740021 (Virtua Memorial
   Cincinnati OH. 45274)

4) Barry Sharer, Esq. c/o Trenk
   347 MT. Pleasant Av. Ste 300
   West Orange NJ 07052

5) Trenk DiPasquale, Della Sordond
   347 MT Pleasant Av. Ste 300
   West Orange NJ 07052

6) Lourdes Urgent Care
   P.O. Box 826479
   Philadelphia PA 19182

7) Apex Asset Management
   2501 Oregon Pike Ste 102
   Lancaster PA 17601

8) Apex Asset Management
   2501 Oregon Pike Ste 102
   Lancaster PA 17601

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 OCT -3  A 10: 09

JEANNE A. NAUGHTON

BY: _____
    DEPUTY CLERK

PAID
0.00

(18) Virtua Health Memorial
P.O. Box 8500
Philadelphia PA 19178

(19) Credit One Bank
P.O. Box 60500
City of Ind. CA 91716

(20) Capital One
P.O. Box 30285
Salt Lake City UT 84130

(21) Onfirio Financial Recoveries
P.O. Box 1280
Oaks PA 19456

(22) Virtua Health Memorial
2 Brighton Road
Clifton NJ 07012

(23) Delaware Valley Urology LLC
P.O. Box 15477
Belfast ME 04915

(24) HRRG
P.O. Box 5406
Cincinnati OH 45273

(25) Virtua Health Memorial
2 Brighton Road
Clifton NJ 07012

9) RABC
1295 Rte 38 West
Haineport NJ 08036

10) Kennedy Healthy Hospital
500 Marlboro Ave
Cherry Hill   NJ 08034

11) Tranworld Systems Inc.
9525 Sweet Valley Drive - Bldg
Valley View  OH 44125

12) Cooper Health Care (Voorhees Cardiology)
Camden   NJ  08101

13) Delaware Valley Urology LLC
P.O. Box 15477
Belfast   ME 08034

14) Prestige Inst. for Plastic Surgery P.C.
51 Haddonfield Rd
Cherry Hill  NJ 08002

15) School of Osteopathi Medicine - Rowan Univ.
P.O Box 633
Bellmawr NJ 08009

16) RABC
1295 RT 38 West
Haineport, NJ 08036

17) HRRG (Emerg. Phys Svcs of NJ PA
P.O. Box 8486
Coral Springs FL 33075

(26) Emergency Plus Svcs
P.O. Box 5406
Cincinati OH 45273