Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27867–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rafael D. Martinez
    aka Rafael Delgado
    1109 Marne Highway
    Hainesport, NJ 08036

Social Security No.:
    xxx–xx–7162

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

The Court having noted that:

☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑    The debtor filed a Amended Schedules on October 3, 2018 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/17/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/17/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: October 30, 2018
Time: 10:00 am
Location: Courtroom 3
    Address:    Clarkson S. Fisher Courthouse
        402 East State Street
        Trenton, NJ 08608–1507

Dated: October 3, 2018
JAN: gan

<u>Christine M. Gravelle</u>
United States Bankruptcy Judge