Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27867−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rafael D. Martinez
   aka Rafael Delgado
   1109 Marne Highway
   Hainesport, NJ 08036

Social Security No.:
   xxx−xx−7162

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☐   An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑   The debtor filed a Amended Schedules on October 3, 2018 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/17/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/17/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: October 30, 2018
Time: 10:00 am
Location: Courtroom 3
Address:   Clarkson S. Fisher Courthouse
           402 East State Street
           Trenton, NJ 08608−1507

Dated: October 3, 2018
JAN: gan

<u>Christine M. Gravelle</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Rafael D. Martinez  
    Debtor

Case No. 18-27867-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 03, 2018  
                      Form ID: oscmlfee    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db        +Rafael D. Martinez,   1109 Marne Highway,   Hainesport, NJ 08036-2669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2018 22:57:11     United States Trustee,  
        Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,  
        Newark, NJ 07102-5235  
                                                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:  
               Barry Frost   trustee@teichgroh.com, NJ94@ecfcbis.com  
               Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
               Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
                kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
               R. A. Lebron   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5, MORTGAGE PA bankruptcy@feinsuch.com  
               U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                        TOTAL: 5