PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-7655.NF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re                                                                Bk. No. 18-27867-CMG

Rafael D. Martinez aka Rafael Delgado,                Chapter 13

    Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 2611 Marne Highway, Hainesport, New Jersey 08016 (Loan No. XXXX6643), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: October 5, 2018            By /s/ Bonni S. Mantovani
                                              Bonni S. Mantovani, Esq., Bar ID: 106353
                                              As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 10/08/2018, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Rafael D. Martinez
1109 Marne Highway
Hainesport, NJ 08036
Debtor in Pro Se

Barry Frost
3131 Princeton Pike, Suite 110
Building 5
Lawrenceville, NJ 08648
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/08/2018, at Woodland Hills, California.

/s/ Roger Soria