UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC d/b/a Mr. Cooper

In Re:

Rafael D. Martinez

Case No.:      18-27867 CMG

Chapter:            13

Hearing Date:      11/13/18

Judge:      Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Motion for Relief from Stay: re 1109 Marne Highway, Hainesport, NJ 08036

filed on 10/18/18

Date: 10/22/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*