**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rafael D. Martinez <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7162 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–27867–CMG | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rafael D. Martinez
aka Rafael Delgado

4/9/19

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Rafael D. Martinez  
    Debtor

Case No. 18-27867-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Apr 09, 2019  
                     Form ID: 318     Total Noticed: 31

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             +Rafael D. Martinez,    1109 Marne Highway,    Hainesport, NJ 08036-2669
aty            +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, CA 91364-6207
517743480      +Angel David Delgado,    2611 Marne Highway,    Hainesport, NJ 08036-2894
517793865      +Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517846092      +Barry R. Sharer, Chapter 7 Trustee,    75 Livingston Avenue,    Roseland, NJ 07068-3737
517743479      +Barry Sharer, Esq.,    Trenk, DiPasquale, Della, Sordono,    347 Mt. Pleasant Ave., Ste. 300,
                 West Orange, NJ 07052-2730
517743474      +Carrington Mortgage,    POB 5001,    Westfield, IN 46074-5001
517793877       Cooper Health Care,    Voorhees Cardiology,    Camden, NJ 08101
517793870      +Delaware Valley Urology LLC,    PO Box 15477,    Belfast, ME 04915-4049
517793866      +Emergency Phys. Services,    PO Box 5406,    Cincinnatti, OH 45273-0001
517743476     ++GATEWAY ONE LENDING & FINANCE LLC,    175 N RIVERVIEW DRIVE,    ANAHEIM CA 92808-1225
              (address filed with court: Gateway One Lending,    POB 650004,    Dallas, TX  75265)
517793868      +HRRG,    PO Box 5406,    Cincinnatti, OH 45273-0001
517793879      +HRRG (Emergency Phys. Services,    of NJ PA),    PO Box 8486,    Coral Springs, FL 33075-8486
517743478       Hainsport Twp.,    1 Hainesport Century,    Hainesport, NJ  08036
517793863      +Healthcare Financial Services LLC,    PO Box 740021,    Cincinnatti, OH 45274-0021
517793875      +Kennedy Health Hospital,    500 Marlboro Ave.,    Cherry Hill, NJ 08002-2054
517793864      +Lourdes Urgent Care,    PO Box 826479,    Philadelphia, PA 19182-6479
517743475      +Nationstar/Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517793873      +Onfirllo Financial Services,    PO Box 1280,    Oaks, PA 19456-1280
517793878      +Prestige Institute for Plastic Surgery P.C.,    51 Haddonfield Road,
                 Cherry Hill, NJ 08002-4801
517793874      +RABC,    1295 Route 38 West,    Hainesport, NJ 08036-2702
517793880      +School of Osteopath Medicine,    -Rowan University,    PO Box 633,    Bellmawr, NJ 08099-0633
517793905      +Sprint PCS,    Rt. 541,    Burlington, NJ 08016
517743477      +State of NJ Taxation,    50 Barrack St.,    Trenton, NJ 08608-2006
517793876      +Tranworth Systems Inc.,    9525 Sweet Valley Drive-Bldg.,    Valley View, OH 44125-4237
517793869      +Virtua Health Memorial,    2 Brighton Road,    Clifton, NJ 07012-1663
517793867      +Virtua Health Memorial,    PO box 8500,    Philadelphia, PA 19178-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 22:30:25    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 22:30:25    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517793872      +EDI: CAPITALONE.COM Apr 10 2019 02:28:00    Capital One,    PO Box 30285,
                 Salt Lake city, UT 84130-0285
517793871      +EDI: RCSFNBMARIN.COM Apr 10 2019 02:28:00    Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
517743476       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Apr 09 2019 22:30:08
                 Gateway One Lending,    POB 650004,    Dallas, TX  75265
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517793906*     +ANGEL DAVID DELGADO,    2611 MARNE HIGHWAY,    HAINESPORT, NJ 08036-2894
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 09, 2019
                              Form ID: 318             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua H. Raymond    on behalf of Plaintiff Barry R. Sharer jraymond@msbnj.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY
               ABS CAPITAL I INC. TRUST 2007-HE5, MORTGAGE PA bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS,INC., ASSET-BACKED CERTIFICATES, SERIES 2006-5
               email@warrensjones.com,    r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                              TOTAL: 7
```